# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ASHLEY GRUTT (f/k/a D'AMICO),<br>　　　　Plaintiff, | CASE NO.  3:20-cv-0880 |
| vs. | Judge |
| EXPERIAN INFORMATION SOLUTIONS INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, LLC;<br>　　　　Defendants. | |

### TRANS UNION, LLC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Circuit Court of Dunn County, State of Wisconsin, to the United States District Court for the Western District of Wisconsin, on the following grounds:

1.　Plaintiff Ashley Grutt (f/k/a D'Amico) served Trans Union on or about September 18, 2020, with a Electronic Filing Notice, Summons and Complaint filed in the Circuit Court of Dunn County, State of Wisconsin.  Copies of the Electronic Filing Notice, Summons and Complaint are attached hereto as **Exhibit A**, **Exhibit B** and **Exhibit C**.  No other process, pleadings or orders have been served on Trans Union.

2.　Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint ¶¶ 1, 35-42.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 because there is a federal question. As alleged, this suit falls within the FCRA, which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Circuit Court of Dunn County, State of Wisconsin, to the United States District Court for the Western District of Wisconsin.

5. Counsel for Trans Union has confirmed via the Dunn County Circuit Court's online case management system that there is no document or file suggesting any other Defendant has been served. To the best of Trans Union's knowledge, no other named Defendant in this matter has been served as of the date and time of this Notice Of Removal.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Circuit Court of Dunn County, State of Wisconsin to this United States District Court, Western District of Wisconsin.

Respectfully submitted,

*s/ Sandra Davis Jansen*
Sandra Davis Jansen, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sjansen@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **22nd day of September, 2020**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **22nd day of September, 2020**, properly addressed as follows:

| **for Plaintiff Ashley Grutt (f/k/a D'Amico)**<br>Matthew Lein, Esq.<br>Lein Law Offices, LLP<br>15692 Hwy 63 North<br>P.O. Box 761<br>Hayward, WI  54843 | |
|---|---|

*s/ Sandra Davis Jansen*
Sandra Davis Jansen, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sjansen@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*